United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.N NEHUSHTAN TRUST LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 22-cv-01832-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**<br><br>Re: Dkt. No. 57 |

On October 12, 2022, plaintiff R.N Nehushtan Trust Ltd. ("RNN Trust") filed an unopposed motion to amend its August 5, 2022, Disclosure of Asserted Claims and Infringement Contentions. Dkt. No. 57. On October 26, 2022, defendant Apple Inc. ("Apple") filed a response confirming that it did not oppose the motion. Dkt. No. 58.[1]

Patent Local Rule 3-6 allows for the amendment of the infringement contentions by court order "upon a timely showing of good cause." RNN Trust has made such a showing. It seeks to amend its infringement contentions to include Apple's latest generation of iPhones, Apple Watches, iOS, and watchOS, which were launched on or around September 16, 2022—after RNN Trust served its infringement contentions. Dkt. No. 57 at 3:3-15, 4:8-20. RNN Trust timely acted upon this new information; it sent Apple the proposed amended contentions and claim charts on September 27, 2022, and filed this motion about two weeks later. *See id*. at 4:26-27. And there is no indication that Apple will be unduly prejudiced by any such amendment, as shown by its non-opposition to this motion. *See* Patent Local R. 3-6 (listing "[n]on-exhaustive examples of

---

[1] Although the motion was unopposed, RNN Trust noticed a November 30, 2022, hearing "in the event the court prefers to hold a hearing." Dkt. No. 57 at 2:9-11. A hearing is not necessary, as this uncontested motion can be decided without oral argument pursuant to Local Rule 7-1(b). The November 30, 2022, hearing date is VACATED.

circumstances that may, absent undue prejudice to the non-moving party, support a finding of good cause").

RNN Trust's unopposed motion is therefore GRANTED. RNN Trust shall serve its amended infringement contentions within three days of the issuance of this Order.

**IT IS SO ORDERED.**

Dated: October 28, 2022



William H. Orrick
United States District Judge