| | |
|---|---|
| Katherine D. Prescott (SBN 215496)<br>Jeanel N. Sunga (SBN 333815)<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Phone: 650-893-5070<br>Fax: 650-839-5071<br>Email: prescott@fr.com<br>Email: sunga@fr.com<br><br>Kathryn Quisenberry (Admitted *pro hac vice*)<br>Karrie Wheatley, Ph.D. (Admitted *pro hac vice*)<br>Fish & Richardson P.C.<br>909 Fannin Street, Suite 2100<br>Houston, Texas 77010<br>Phone: 713-654-5300<br>Fax: 713-652-0109<br>Email: quisenberry@fr.com<br>Email: wheatley@fr.com<br><br>Joy Kete (Admitted *pro hac vice*)<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02110<br>Phone: 617-542-5070<br>Fax: 617-542-8906<br>Email: kete@fr.com<br><br>Dexter J. S. Whitley (Admitted *pro hac vice*)<br>Fish & Richardson P.C.<br>1180 Peachtree Street NE, 21st Floor,<br>Atlanta, GA 30309<br>Phone: 404-724-2808<br>Fax: 404-892-5002<br>Email: whitley@fr.com<br><br>*Attorneys for Defendant APPLE INC.* | John L. North (*pro hac vice*)<br>Korula T. Cherian (SBN 133967)<br>Robert M. Harkins, Jr. (SBN 179525)<br>Cherian LLP<br>1936 University Avenue, Suite 350<br>Berkeley, CA 94704<br>(510) 944-0185<br>Email: johnn@cherianllp.com<br>Email: sunnyc@cherianllp n.com<br>Email: bobh@cherianllp.com<br><br>Steven G. Hill (*pro hac vice*)<br>David K. Ludwig (*pro hac vice*)<br>Hill, Kertscher & Wharton<br>3625 Cumberland Blvd.<br>Suite 1050<br>Atlanta, GA 30339<br>770-953-0995<br>Fax: 770-953-1358<br>Email: sgh@hkw-law.com<br>Email: dludwig@hkw-law.com<br><br>Dmitriy S. Andreyev (*pro hac vice*)<br>Flagship IP LLC<br>9520 Kenneth Ave<br>Skokie, IL 60076-1312<br>617-718-3600<br>Email: dandreyev@flagshipip.com<br><br>*Attorneys for Plaintiff R.N NEHUSHTAN TRUST LTD.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| R.N NEHUSHTAN TRUST LTD.,<br><br>            Plaintiff,<br><br>   v.<br><br>APPLE INC.<br>            Defendant. | Case No. 3:22-cv-01832-WHO<br><br>**STIPULATION AND ORDER EXPEDITING BRIEFING SCHEDULE**<br><br>District Judge: William H. Orrick |

Pursuant to Civil Local Rule 6-1(b), by and through their respective undersigned counsel, R.N Nehushtan Trust Ltd. ("RNN Trust") and Apple Inc. ("Apple") stipulate as follows:

WHEREAS RNN Trust filed its Motion for Leave to Serve Third Amended Infringement Contentions Pursuant to Patent Local Rule 3-6 ("Motion to Amend") on August 16, 2023;

WHEREAS under Local Rule 7.3(a), Apple's opposition brief is currently due in 14 days, on August 30, 2023;

WHEREAS under Local Rule 7.3(c), RNN Trust's reply brief is currently due 7 days after Apple files its opposition brief;

WHEREAS the outcome of RNN Trust's Motion to Amend may impact the contents of RNN Trust's expert report pertaining to infringement, which is due to be served September 1, 2023;

WHEREAS the parties agreed to an expediting schedule in which Apple's opposition brief is due August 23, 2023 and RNN Trust's reply brief is due August 25, 2023, to facilitate resolution of the Motion to Amend prior to the September 1, 2023 deadline;

WHEREAS expediting the briefing schedule with respect to the Motion to Amend will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, the parties hereby stipulate and agree that Apple's opposition brief regarding the Motion to Amend will be due August 23, 2023 and RNN Trust's reply brief will be due August 25, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 16, 2023 | CHERIAN LLP |
| | By: */s/ John L. North* |
| | John L. North |
| | *Attorneys for Plaintiff* |
| | *R.N Nehushtan Trust Ltd.* |
| Dated: August 16, 2023 | FISH & RICHARDSON P.C. |
| | By: */s/ Karrie Wheatley* |
| | Karrie Wheatley |
| | *Attorneys for Defendant* |
| | *Apple Inc.* |

3
STIPULATION [AND PROPOSED ORDER] EXPEDITING BRIEFING SCHEDULE
Case No. 3:22-cv-01832-WHO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 16, 2023



The Hon. William H. Orrick
United States District Judge

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Apple Inc.

                                           */s/ John L. North*
                                           John L. North