**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| R.N NEHUSHTAN TRUST LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 3:22-cv-01832-WHO <br><br> **ORDER GRANTING STIPULATION EXTENDING TIME FOR BRIEFING RE MOTION TO STRIKE CERTAIN OPINIONS OF DARRELL LONG** <br><br> District Judge: William H. Orrick |

# **ORDER**

Pursuant to the stipulation, the Court hereby ORDERS a limited change to the briefing schedule regarding Nehushtan's Motion to Strike Certain Opinions of Darrell Long and EXTENDS the deadlines as below. No other deadlines or scheduled hearings are changed.

| Event | Current Deadline | Proposed Amended Deadline |
| --- | --- | --- |
| Apple's Opposition to Nehushtan's Motion to Strike Certain Opinions of Darrell Long | December 29, 2023 | January 5, 2024 |
| Nehushtan's Reply to its Motion to Strike Certain Opinions of Darrell Long | January 5, 2024 | January 12, 2024 |

**PURSUANT TO STIPULATION, IT IS ORDERED**.

Dated: December 22, 2023



Judge William H. Orrick
United States District Judge