1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| R.N NEHUSHTAN TRUST LTD., | Case No. 3:22-cv-01832-WHO |
| Plaintiff, | **ORDER GRANTING STIPULATION EXTENDING TIME FOR BRIEFING RE MOTION TO EXCLUDE TESTIMONY OF MICHAEL PELLEGRINO** |
| v. | |
| APPLE INC. | |
| Defendant. | District Judge: William H. Orrick |

**ORDER**

Pursuant to the stipulation, the Court hereby ORDERS a limited change to the briefing schedule regarding Defendant Apple Inc. ("Apple") Motion to Exclude Testimony from Plaintiff's Damages Expert Michael Pellegrino and EXTENDS the deadlines as below. No other deadlines or scheduled hearings are changed.

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| RNN Trust's Opposition to Apple's Motion to Exclude Testimony from Plaintiff's Damages Expert Michael Pellegrino | January 4, 2024 | January 11, 2024 |
| Apple's Reply Regarding its Motion to Exclude Testimony from Plaintiff's Damages Expert Michael Pellegrino | January 11, 2024 | January 18, 2024 |

**PURSUANT TO STIPULATION, IT IS ORDERED**

Dated: December 28, 2023



Judge William H. Orrick
United States District Judge